DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TONY CARL GETCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1721

_____

May 3, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Tony Carl Getch, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.